## Wrangler Paint Shop Understandings

1. Current Magna/Gonzalez employees*:

    A- Will be Granted date of entry seniority into Chrysler Group LLC (November 30, 2012).
    B- Will be considered a separate bargaining unit until November 30, 2013.
    C- Will have its own Leadership and supplemental agreement until November 30, 2013.
    D- Will be part of the Toledo Labor Market.
    E- Will follow all provisions of the 2011 UAW Chrysler Agreement unless specified.
    F- Inactive employees (STD, LTD, WCB) will receive consideration upon reinstatement.

    Wages:

    1. Magna/Gonzalez employees hired prior to January 2012 will be
        A- RED CIRCLED at current rate and will progress to the traditional rate.
    2. Magna/Gonzalez employees hired on or after January 1, 2012
        A- whose wages exceed the maximum for UAW Chrysler Entry level there will be no further progression ( $19.28 ).
        B- Whose rate is below UAW Chrysler Entry-Level progression, will apply to maximum rate ( $19.28 )

    Benefits:

    A- Vacation, PAA and Health Care (including dental and vision) entitlement according to their Magna/Gonzalez last continuous seniority date (no waiting periods).

* Must apply to Chrysler Group LLC via establish process and meet pre-employment requirements.

2. Chrysler Retirees, VTEPs & SIPs:

    A- One month of salary, current rate x 40 hours per week per year of seniority.
    B- Payment after ratification with signed release and credited to last day of work.

International Union:  Chrysler Group LLC:

_[signature]_  _[signature]_

_[signature]_  _[signature]_

opeiu494/mcl
11/14/12